**UNITED STATES of America v. Caroline VANN et al.**

**No. 591.**

Circuit Court of Appeals, Tenth Circuit.
Dec. 21, 1931.

A. E. Williams, Asst. U. S. Atty., of Tulsa, Okl.

Wilkerson & Brown, of Pryor, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.